RUDOLPH TIEGER and LEO FELDMAN, Respondents, v. CHARLES B. BAUM, as President of the RESTAURANT EMPLOYEES AND BARTENDERS INDUSTRIAL UNION, LOCAL No. 16, and Others, Appellants.— The complaint sets forth five causes of action. In the first three causes of action Rudolph Tieger is the plaintiff, and in the fourth and fifth Leo Feldman is the plaintiff. Plaintiff Tieger demands judgment against defendants for $5,000; rescinding and enjoining his suspension from defendant union; reinstating him as a member in good standing; and enjoining defendants from interfering with any of his rights as such member. Plaintiff Feldman demands judgment for $2,000; enjoining the refusal of defendant union to accept dues from him; reinstating him as a member in good standing; and enjoining defendants from interfering with any of his rights as such member. Order denying defendants' motion to dismiss the first to the fifth causes of action, inclusive, for insufficiency modified by eliminating the provision setting the case down for trial for September 30, 1935, and as so modified affirmed, with twenty dollars costs and disbursements to the respondents, with leave to the defendants to answer within twenty days after service of order upon payment of said costs, and without prejudice to an application for immediate trial after issue joined. No opinion. Present — McAvoy, Merrell, O'Malley, Glennon and Untermyer, JJ.

JOSEPH P. MORAN, Appellant, v. THE CITY OF NEW YORK and Others, Respondents.— This action was brought as a test case to have it determined whether the provisions of the Laws of 1932, chapter 637, known as the Economy Bill, continued to have force and effect after the passage of a certain concurrent resolution of the Legislature in April, 1935, declaring the emergency ended. Plaintiff, a patrolman on the police force of the city of New York, seeks to recover certain compensation which he claims to have been improperly withheld from him due to the alleged termination of the Economy Bill. Order denying plaintiff's motion for summary judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — McAvoy, Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of JOSEPH P. MORAN, Appellant, for a Mandamus Order against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, and Others, Respondents.— Order, denying petitioner's motion for a peremptory or alternative order of mandamus to compel defendants to restore his salary as first grade patrolman to same level as it existed before the enactment of chapter 637 of the Laws of 1932, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — McAvoy, Merrell, O'Malley Townley and Untermyer, JJ.

J. HARRY MCNALLY, INC., Appellant, v. THE STANDARD ACCIDENT INSURANCE COMPANY, Respondent.— Action on a public liability policy of insurance issued by defendant to plaintiff, a mason contractor, covering plaintiff's liability for damages on account of bodily injuries caused by it in the performance of its mason work to persons other than plaintiff's employees. Order denying plaintiff's motion for summary judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — McAvoy, Merrell, O'Malley, Townley and Untermyer, JJ.